**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00033-CV**
_____

**IN THE ESTATE OF RICHARD BURKS**

**On Appeal from the County Court at Law No. 2**
**Montgomery County, Texas**
**Trial Cause No. 18-37447-P**

**MEMORANDUM OPINION**

Appellant Maria Rabago filed a motion to dismiss this appeal. The motion was filed by Rabago prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

PER CURIAM

Submitted on April 8, 2020
Opinion Delivered April 9, 2020

Before McKeithen, C.J., Kreger and Johnson, JJ.